No. 972. ILLINOIS CENTRAL RAILROAD COMPANY *v.* FIRST TRUST COMPANY;

No. 973. CHICAGO & NORTHWESTERN RAILWAY COMPANY *v.* FIRST TRUST COMPANY;

No. 974. NORTHERN PACIFIC RAILWAY COMPANY *v.* FIRST TRUST COMPANY. April 28, 1919. Petition for

writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James C. Davis* and *Mr. Charles A. Helsell* for petitioners. *Mr. Dennis M. Kelleher* for respondent.